08-14-00130-CR

ACCEPTED
08-14-00130-CR
EIGHTH COURT OF APPEALS
EL PASO, TEXAS
1/5/2015 11:51:19 AM
DENISE PACHECO
CLERK

NO.   08-14-00130-CR

FILED IN
8th COURT OF APPEALS
EL PASO, TEXAS
1/5/2015 11:51:19 AM
DENISE PACHECO
Clerk

| | | |
|---|---|---|
| STATE OF TEXAS | § | IN THE EIGHTH COURT |
| | § | |
| VS. | § | OF APPEALS |
| | § | |
| CHRISTIAN MARTINEZ | § | EL PASO, TEXAS |

## MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF

**TO THE HONORABLE JUSTICES OF SAID COURT:**

Now comes Christian Martinez, Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file appellant's brief, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1.      This case is on appeal from the 210th Judicial District Court of El Paso County, Texas.

2.      The case below was styled the STATE OF TEXAS vs. Christian Martinez, and numbered 2110D01837.

3.      Appellant was convicted of capital murder of multiple persons.

4.      Appellant was assessed a sentence of life in prison on January 30, 2014.

5.      Notice of appeal was given on April 10, 2014.

6.      The clerk's record was filed on June 6, 2014; the reporter's record was

filed on November 13, 2014.

7. The appellate brief was due on December 13, 2014 and then extended to January 12, 2015.

8. Appellant requests an extension of time of at least 90 days from the present date.

9. This is the second request to extend time to file the brief filed in this cause.

10. Defendant is currently incarcerated.

11. Appellant relies on the following facts as good cause for the requested extension:

Counsel for Appellant received a copy of the Clerk's Record and the Reporter's Record on December 6, 2014. The Reporter's Record is very large and contains 59 volumes. Due to a busy trial schedule, work schedule and the holidays, counsel for Appellant has not had sufficient time to read the record and prepare the brief.

**WHEREFORE, PREMISES CONSIDERED**, Appellant prays that this Court grant this Motion To Extend Time to File Appellant's Brief, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,

Danford Law Firm
813 Barnett Street
Kerrville, Texas 78028
Tel: (830) 257-4045
Fax: (830) 896-5250

By: _____
HAROLD J. DANFORD
State Bar No. OO783924
hdanford@ktc.com
Attorney for Christian Martinez

## CERTIFICATE OF SERVICE

This is to certify that on January 5, 2015, a true and correct copy of the above and foregoing document was served on the State of Texas to Mr. Jamie Esparza, 210th District Attorney, 500 E. San Antonio Street, Room 201 El Paso, Texas 79901 via fax to (915) 583-5520 see attached confirmation page.

_____
HAROLD J. DANFORD

| STATE OF TEXAS | § |
| --- | --- |
| | § |
| | § |
| COUNTY OF KERR | § |

## AFFIDAVIT

**BEFORE ME**, the undersigned authority, on this day personally appeared HAROLD J. DANFORD, who after being duly sworn stated:

"I am the attorney for the appellant in the above numbered and entitled cause. I have read the foregoing Motion To Extend Time to File Appellant's Brief and swear that all of the allegations of fact contained therein are true and correct."

_____
HAROLD J. DANFORD
Affiant

**SUBSCRIBED AND SWORN TO BEFORE ME** on January 5 , 2015, to certify which witness my hand and seal of office.

JANE RUTH HURST
My Commission Expires
June 10, 2017

_____
Notary Public, State of Texas